UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MENDAROS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-01260-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 7 |

　　　A hearing on Defendant Quality Loan Services' motion to dismiss is scheduled for June 5, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

　　　**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
JON S. TIGAR
United States District Judge