UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MENDAROS,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Case No. 14-cv-01260-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 15 |

    A hearing on Defendant J.P. Morgan's motion to dismiss is scheduled for June 26, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. The motion is under submission.

**IT IS SO ORDERED.**

Dated: June 23, 2014

_____
JON S. TIGAR
United States District Judge